# UNITED STATES DISTRICT COURT
for the
Eastern District of VA (Richmond Div.)

| | |
|---|---|
| SUNTRUST MORTGAGE, INC.<br><br>*Plaintiff(s)*<br>v.<br>COMMUNITY MORTGAGE SOLUTIONS, INC.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:12CV585<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Community Mortgage Solutions, Inc.
c/o Blair K. Lamphier, Jr., Registered Agent
1030 Palm Coast Parkway, Suite 3
Palm Coast, Florida 32137
Serve: Secretary of the Commonwealth
1111 East Broad Street
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert D. Perrow, Esq.
Williams Mullen, PC
P.O. Box 1320
Richmond, VA 23218

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: AUG 1 6 2012

*Signature of Clerk or Deputy Clerk*